**SEDGWICK, LLP**
JAMES S. BROWN (STATE BAR NO.135810)
james.brown@sedgwicklaw.com
MARC A. KOONIN (STATE BAR NO. 166210)
marc.koonin@sedgwicklaw.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA  94105-1008
Telephone:    415.781.7900
Facsimile:    415.781.2635

Attorneys for Defendant
SCHINDLER ELEVATOR CORPORATION

*IT IS SO ORDERED*

Judge Edward J. Davila

9/26/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LUKOV, | Case No. 5:11-CV-00201-EJD |
| Plaintiff, | **NOTICE OF CHANGE OF COUNSEL** |
| v. | |
| SCHINDLER ELEVATOR CORPORATION, | |
| Defendant. | |

TO THE COURT AND TO COUNSEL OF RECORD:

Defendant Schindler Elevator Corporation requests that Jennifer A. Donnellan be removed from the e-filing service list for this matter.  Jennifer A. Donnellan is no longer with this firm.

DATED:  September 20, 2011                                SEDGWICK LLP


By: /s/ James S. Brown
          JAMES S. BROWN
          MARK A. KOONIN
          Attorneys for Defendant
          SCHINDLER ELEVATOR CORPORATION

CASE NO. 5:11-CV-00201-EJD