**IT IS SO ORDERED**
Judge Edward J. Davila
9/26/2011

1  **SEDGWICK, LLP**
   JAMES S. BROWN (STATE BAR NO.135810)
2  james.brown@sedgwicklaw.com
   MARC A. KOONIN (STATE BAR NO. 166210)
3  marc.koonin@sedgwicklaw.com
   One Market Plaza
4  Steuart Tower, 8th Floor
   San Francisco, CA  94105-1008
5  Telephone:     415.781.7900
   Facsimile:      415.781.2635
6
   Attorneys for Defendant
7  SCHINDLER ELEVATOR CORPORATION

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

11 WILLIAM LUKOV,                              Case No. 5:11-CV-00201-EJD

12              Plaintiff,                     **NOTICE OF CHANGE OF COUNSEL**

13      v.

14 SCHINDLER ELEVATOR CORPORATION,

15              Defendant.

17      TO THE COURT AND TO COUNSEL OF RECORD:

18      Defendant Schindler Elevator Corporation requests that Jennifer A. Donnellan be

19 removed from the e-filing service list for this matter.  Jennifer A. Donnellan is no longer with

20 this firm.

22 DATED:  September 20, 2011                  SEDGWICK LLP

24                                             By: /s/ James S. Brown
                                                   JAMES S. BROWN
25                                                 MARK A. KOONIN
                                                   Attorneys for Defendant
26                                                 SCHINDLER ELEVATOR CORPORATION

                                                                    CASE NO. 5:11-CV-00201-EJD
                              NOTICE OF CHANGE OF COUNSEL