ALAN ADELMAN, ESQ., BAR NO.: 170860
**LAW OFFICES OF ALAN ADELMAN**
240 Stockton Street, 9th Floor
Union Square
San Francisco, California 94108
Telephone: (415) 956-1360
Facsimile: (415) 625-1339

Attorney for Plaintiff
WILLIAM LUKOV

**IT IS SO ORDERED AS MODIFIED**
Judge Edward J. Davila

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LUKOV,<br><br>  Plaintiff,<br><br> v.<br><br>SCHINDLER ELEVATOR CORPORATION,<br><br>  Defendant. | Case No. CV 11-00201 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY THE SCHEDULING ORDER** |

The parties to the captioned action hereby jointly submit this Stipulation and [Proposed] Order to Modify The Scheduling Order.

WHEREAS, the parties have recently adjudicated through law and motion a significant discovery dispute in which the Court granted, in part, Plaintiff's motion to compel further discovery responses.

WHEREAS, the significant efforts in meeting and conferring, preparing for, briefing, holding a hearing and securing a ruling on this matter took approximately five months to resolve.

WHEREAS, the parties' discovery was delayed during the pendency of this dispute.

///

1     WHEREAS, the parties jointly request additional time with which to complete
2 discovery and to engage in negotiations to attempt to reach a resolution of this matter prior to
3 the expenditure of significant time and attorneys' fees in preparing dispositive motions;

4     WHEREAS, the parties intend to complete the initial phase of discovery this month and
5 submit this matter to an ENE facilitator who has recently been assigned through this Court's
6 ADR division in December pending the ENE facilitator's availability.

7     WHEREAS, the aforementioned circumstances have caused the parties to need four
8 additional months to complete discovery.

9     WHEREAS, the discovery deadline is currently set for February 17, 2012;

10     WHEREAS, the dispositive motion hearing deadline is currently set for April 20, 2012;

11     WHEREAS, the expert and rebuttal expert disclosure deadlines are currently set for 63
12 and 49 days prior to the close of discovery;

13     WHEREAS, the Preliminary Pretrial Conference is currently set for January 20, 2012;

14     WHEREAS, no trial date has been set.

15     Accordingly, the parties hereby stipulate to the following, and request that this Court
16 issue an Order providing for the following scheduling modifications:

17     A discovery deadline of May 18, 2012;

18     A dispositive motion hearing deadline of July 20, 2012;

19     Expert and rebuttal expert disclosure deadlines set for 63 and 49 days prior to May 18,
20 2012;

21     A Preliminary Pretrial Conference on April 19, 2012.

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  **IT IS SO STIPULATED.**

2  DATED: November 17, 2011                    LAW OFFICES OF ALAN ADELMAN

3
                                               By:        /S/
4                                                    ─────────────────────────
                                                       ALAN ADELMAN
5                                                      Attorney for Plaintiff

6  DATED: November 17, 2011                    SEDGWICK LLP

7

8                                              By: ─────────────────────────
                                                       MARC A. KOONIN
9                                                      Attorneys for Defendant

# [PROPOSED] ORDER

Good Cause Appearing, and based on the stipulation of the parties, the Scheduling Order shall be modified as follows:

The discovery deadline shall be May 18, 2012;

The dispositive motion hearing deadline shall be July 20, 2012;

The Expert and rebuttal expert disclosure deadlines shall be 63 and 49 days prior to May 18, 2012;

The court schedules a Case Management Conference for **January 20, 2012, at 10:00 a.m.** The parties shall file a Joint Case Management Statement on or before January 13, 2012. The court also schedules a Preliminary Pretrial Conference for **April 27, 2012, at 11:00 a.m.** The parties shall file a Joint Preliminary Pretrial Conference Statement on or before April 17, 2012.

**IT IS SO ORDERED.**

DATED: November 18, 2011

_____
DISTRICT COURT JUDGE