1  ALAN ADELMAN, ESQ., BAR NO.: 170860
   **LAW OFFICES OF ALAN ADELMAN**
2  240 Stockton Street, 9th Floor
   Union Square
3  San Francisco, California 94108
   Telephone: (415) 956-1360
4  Facsimile:  (415) 625-1339

5  Attorney for Plaintiff
   WILLIAM LUKOV

6

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11  WILLIAM LUKOV                     Case No. CV 11-00201 EJD

                   Plaintiff,         **STIPULATION AND [PROPOSED]**
12                                     **ORDER TO MODIFY THE**
                                       **SCHEDULING ORDER**
13       v.

14  SCHINDLER ELEVATOR CORPORATION,

15                 Defendant.

16

17

18        The parties to the captioned action hereby jointly submit this Stipulation and

19  [Proposed] Order to Modify The Scheduling Order.

20        WHEREAS, the parties have recently adjudicated through law and motion a significant

21  discovery dispute in which the Court granted, in part, Plaintiff's motion to compel further

22  discovery responses.

23        WHEREAS, the significant efforts in meeting and conferring, preparing for, briefing,

24  holding a hearing and securing a ruling on this matter took approximately five months to

25  resolve.

26        WHEREAS, the parties' discovery was delayed during the pendency of this dispute.

27  ///

28

                                              1          Case No. CV 11-00201 EJD

IT IS SO ORDERED
AS MODIFIED
Judge Edward J. Davila

1    WHEREAS, the parties jointly request additional time with which to complete

2    discovery and to engage in negotiations to attempt to reach a resolution of this matter prior to

3    the expenditure of significant time and attorneys' fees in preparing dispositive motions;

4    WHEREAS, the parties intend to complete the initial phase of discovery this month and

5    submit this matter to an ENE facilitator who has recently been assigned through this Court's

6    ADR division in December pending the ENE facilitator's availability.

7    WHEREAS, the aforementioned circumstances have caused the parties to need four

8    additional months to complete discovery.

9    WHEREAS, the discovery deadline is currently set for February 17, 2012;

10    WHEREAS, the dispositive motion hearing deadline is currently set for April 20, 2012;

11    WHEREAS, the expert and rebuttal expert disclosure deadlines are currently set for 63

12    and 49 days prior to the close of discovery;

13    WHEREAS, the Preliminary Pretrial Conference is currently set for January 20, 2012;

14    WHEREAS, no trial date has been set.

15    Accordingly, the parties hereby stipulate to the following, and request that this Court

16    issue an Order providing for the following scheduling modifications:

17    A discovery deadline of May 18, 2012;

18    A dispositive motion hearing deadline of July 20, 2012;

19    Expert and rebuttal expert disclosure deadlines set for 63 and 49 days prior to May 18,

20    2012;

21    A Preliminary Pretrial Conference on April 19, 2012.

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

1    **IT IS SO STIPULATED.**

2    DATED:  November 17, 2011                    LAW OFFICES OF ALAN ADELMAN

3
                                                By:    _____
4                                                              /S/
                                                       ALAN ADELMAN
5                                                      Attorney for Plaintiff

6    DATED:  November 17, 2011                    SEDGWICK LLP

7

8                                                By:    _____

9                                                      MARC A. KOONIN
                                                       Attorneys for Defendant
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER

2        Good Cause Appearing, and based on the stipulation of the parties, the Scheduling Order

3    shall be modified as follows:

4        The discovery deadline shall be May 18, 2012;

5        The dispositive motion hearing deadline shall be July 20, 2012;

6        The Expert and rebuttal expert disclosure deadlines shall be 63 and 49 days prior to May

7    18, 2012;

8    The court schedules a Case Management Conference for **January 20, 2012, at 10:00 a.m.**
     The parties shall file a Joint Case Management Statement on or before January 13, 2012.

9    The court also schedules a Preliminary Pretrial Conference for **April 27, 2012, at 11:00 a.m.**
     The parties shall file a Joint Preliminary Pretrial Conference Statement on or before April 17,

10   2012.

     **IT IS SO ORDERED.**

11   DATED: November 18, 2011

12                                                    _____
                                                      DISTRICT COURT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28