ALAN ADELMAN, ESQ., BAR NO.: 170860
**LAW OFFICES OF ALAN ADELMAN**
240 Stockton Street, 9th Floor
Union Square
San Francisco, California 94108
Telephone: (415) 956-1360
Facsimile: (415) 625-1339

Attorney for Plaintiff
WILLIAM LUKOV

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LUKOV,<br><br>  Plaintiff,<br><br>v.<br><br>SCHINDLER ELEVATOR CORPORATION,<br><br>  Defendant. | Case No. CV 11-00201 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY THE SELECTION OF ADR PROCESS** |

    The parties to the captioned action hereby jointly submit this Stipulation and [Proposed] Order to Modify the Order Selecting ADR Process.

    WHEREAS, on November 4, 2011, the parties stipulated to and Plaintiff filed a Stipulation and Proposed Order selecting ADR Process ("ADR Order") selecting and proposing Early Neutral Evaluation as an agreed method of ADR.

    WHEREAS, this Court signed the ADR Order on November 7, 2011, ordering ADR to be completed by a requested deadline of December 31, 2011.

    WHEREAS, the Court notified the Parties on November 10, 2011, that David Alexander had been appointed as the ENE Evaluator pursuant to the ADR Order.

    WHEREAS, the Court has ordered the parties to appear for a Case management Conference on January 20, 2012.

1  WHEREAS, the parties held a joint pre-hearing teleconference with Mr. Alexander on November 30, 2011, at which it was agreed that mediation, followed by a neutral evaluation if requested, would be a more productive form of ADR in this case. The parties further agreed to retain Mr. Alexander's services for court referred mediation;

WHEREAS, the parties and Mr. Alexander understand that a new order is required by this Court, modifying the previous ADR Order by referring this case to mediation and re-appoint Mr. Alexander as the mediator pursuant to ADR L.R. 6;

Accordingly, the parties hereby stipulate to the following, and request that this Court issue an Order providing for the following modifications to the ADR Order:

This case is no longer referred to Early Neutral Evaluation pursuant to ADR L.R. 5 and is now, instead, referred to mediation pursuant to ADR L.R. 6;

David Alexander, who was previously appointed as the ENE neutral in this matter, is re-appointed as the mediator in this matter;

The mediation shall be complete by January 17, 2012.

**IT IS SO STIPULATED.**

DATED: December 2, 2011                     LAW OFFICES OF ALAN ADELMAN

                                            By:     /S/
                                                 ALAN ADELMAN
                                                 Attorney for Plaintiff

DATED: December 2, 2011                     SEDGWICK LLP

                                            By:    /s/ Marc A. Koonin
                                                 MARC A. KOONIN
                                                 Attorneys for Defendant

# [PROPOSED] ORDER

Good Cause Appearing, and based on the stipulation of the parties, the Stipulation and Proposed Order Selecting Early Neutral Evaluation shall be modified as follows:

This case is no longer referred to Early Neutral Evaluation pursuant to ADR L.R. 5 and is now, instead, referred to mediation pursuant to ADR L.R. 6;

David Alexander, who was previously appointed as the ENE neutral in this matter, is re-appointed as the mediator in this matter;

The mediation shall be complete by January 17, 2012.

**IT IS SO ORDERED.**

Dated: December 5, 2011

_____
DISTRICT COURT JUDGE