IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM LUKOV, | CASE NO. 5:11-cv-00201 EJD |
| Plaintiff(s), | **ORDER RE: LETTER FROM COUNSEL** |
| v. | |
| SCHINDLER ELEVATOR CORPORATION, | [Docket Item No(s). 58] |
| Defendant(s). | |

Counsel for Defendant has recently filed a letter requesting certain direction from the court. See Docket Item No. 58. Counsel is referred to Section VI of this court's Scheduling Notes, publicly available on the website for the Northern District of California, which states:

> The Court does not respond to letters or letter briefs seeking legal relief from the Court, unless leave to make such a request has been specifically granted. All requests requiring the Court to take action shall be made by either a Stipulation and Proposed Order or by appropriate motion made pursuant to the Local Rules.

Counsel for Defendant is ordered to present any further requests accordingly. The court will take no action on the letter which appears as Docket Item No. 58.

**IT IS SO ORDERED.**

Dated: April 4, 2012

_____
EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:11-cv-00201 EJD
ORDER RE: LETTER FROM COUNSEL