1  LAW OFFICES OF ALAN ADELMAN
   ALAN ADELMAN (STATE BAR NO. 170860)
2  alan@alanadelmanlaw.com
   240 Stockton Street, 9th Floor
3  San Francisco, CA 94108
   Telephone:  415.956.1360
4  Facsimile:  415.625.1339
   Attorneys for Plaintiff
5  WILLIAM LUKOV

6  **SEDGWICK, LLP**
   JAMES S. BROWN (STATE BAR NO.135810)
7  james.brown@sdma.com
   MARC A. KOONIN (STATE BAR NO. 166210)
8  marc.koonin@sedgwicklaw.com
   333 Bush Street, 30th Floor
9  San Francisco, CA  94104-2834
   Telephone:  415.781.7900
10 Facsimile:   415.781.2635

11 Attorneys for Defendant
   SCHINDLER ELEVATOR CORPORATION
12

*IT IS SO ORDERED*
*[signature]*
*Judge Edward J. Davila*
*DATED: 11/20/2015*

13              UNITED STATES DISTRICT COURT
14              NORTHERN DISTRICT OF CALIFORNIA
15

16 | WILLIAM LUKOV,                         | Case No. 5:11-CV-00201-EJD
17 |                   Plaintiff,           | **STIPULATION REGARDING THE AUTHENTICATION OF DOCUMENTS**
18 |       v.                               |
19 | SCHINDLER ELEVATOR CORPORATION,        | JUDGE:  The Honorable Edward J. Davila
   |                                        | DATE:   December 10, 2015
20 |                   Defendant.           | TIME:   11:00 a.m.
   |                                        | DEPT:   Courtroom 1, 5th Floor
21

22       In anticipation of trial, Plaintiff William Lukov ("Plaintiff") and Defendant Schindler

23 Elevator Corporation ("Defendant") ("Plaintiff and Defendant are collectively referred to

24 herein as the "Parties") hereby jointly stipulate and agree that:

25      1.  With regard to all exhibits listed in the Parties' Joint Trial Exhibit List, the Parties

26          waive objections to the admissibility of the documents based on the fact that a

27          photocopy is offered in lieu of an original.  It shall be unnecessary to authenticate

28          any of the proposed exhibits disclosed in the Joint Trial Exhibit List as being true

copies of what they purport to be, and such exhibits which are photocopies of documents shall be admissible to the same degree that the originals would otherwise be admissible.

2. With regard to the following Exhibits, the Parties also waive objections to the admissibility of the documents based on an alleged lack of authentication: 3, 8, 9, 14, 16, 17, 18, 19, 20, 22-23, 24-26, 27, 29, 37, 1001, 1002, 1008, 1009, 1011, 1015-1017, 1018, 1028, 1038, 1048, 1049.

3. The following Exhibits disclosed on the Joint Trial Exhibit List are deemed to be subject to the business records exception to the hearsay rule and to therefore constitute admissible writings pursuant to Federal Rule of Evidence 803(6), and shall be treated by the Court and the parties as if properly authenticated by the respective custodians of records. The Parties waive objections to the admissibility of these exhibits based on both a lack of authentication and hearsay, but not multiple hearsay or any other basis: 1, 2, 4, 7, 28, 30-33, 39-42, 45, 47-48, 1019-1022, 1025-1026, 1030-1032, 1033-1037, 1041-1047.

4. Except to the extent that any objections have been expressly waived in Paragraphs 1 through 3, above, or through another stipulation, the Parties expressly reserve their rights to assert any other objections to the introduction of any Exhibits.

**IT IS SO STIPULATED.**

DATED: November 17, 2015

LAW OFFICES OF ALAN ADELMAN

By: *Alan Adelman*
ALAN ADELMAN
Attorney for Plaintiff
WILLIAM LUKOV

DATED: November 17, 2015

SEDGWICK LLP

By: *[signature]*
JAMES S. BROWN
MARC A. KOONIN
Attorneys for Defendant
SCHINDLER ELEVATOR CORPORATION