UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM LUKOV,<br>   Plaintiff,<br>v.<br>SCHINDLER ELEVATOR CORPORATION,<br>   Defendant. | Case No. 5:11-cv-00201-EJD<br><br>**ORDER RE: AVAILABILITY OF MAGISTRATE JUDGE SETTLEMENT CONFERENCE** |

The court has been informed that Magistrate Judge Nathanael Cousins is available to conduct a settlement conference in the above-entitled action on December 22nd or December 23, 2015. Accordingly, on or before **4:00 p.m. on December 14, 2015,** the parties shall file a brief joint notice informing the undersigned whether a referral to Judge Cousins for either of those available dates should issue.

**IT IS SO ORDERED.**

Dated: December 10, 2015



EDWARD J. DAVILA
United States District Judge

Case No.: 5:11-cv-00201-EJD
ORDER RE: AVAILABILITY OF MAGISTRATE JUDGE SETTLEMENT CONFERENCE