UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM LUKOV,<br><br>             Plaintiff,<br><br>     v.<br><br>SCHINDLER ELEVATOR CORPORATION,<br><br>             Defendant. | Case No.  5:11-cv-00201-EJD<br><br>**ORDER TO SHOW CAUSE** |

On December 10, 2015, the court issued an order requiring the parties to parties to file, by 4:00 p.m. on December 14, 2015, a brief joint notice indicating whether or not this action should be referred to a settlement conference with Magistrate Judge Nathanael Cousins.  In response to that order, Plaintiff filed timely but separate statement which detailed his counsel's unsuccessful efforts to confer with counsel for Defendant.  In addition, as of the date and time this was order was filed, Defendant still has not responded to the December 10th order.

Accordingly, Defendant and its counsel are ordered to appear before the Honorable Edward J. Davila at **1:30 p.m. on December 21, 2015** in Courtroom No. 4, 5th Floor, United States District Court, 280 S. First Street, San Jose, California, 95113, to show cause why the court should not impose any and all appropriate sanctions, including monetary sanctions, on Defendant or its counsel for willful disobedience of a court order.

Defendant may file a response to this order demonstrating good cause why sanctions should not be imposed on or before **4:00 p.m. on December 17, 2015**.  In doing so, however, Defendant must (1) explain its failure to comply with the December 10th order, and (2) must indicate whether or not this action should be referred to a settlement conference with Judge

1

Case No.: 5:11-cv-00201-EJD
ORDER TO SHOW CAUSE

1  Cousins on one of the available dates.

3  **IT IS SO ORDERED.**

4  Dated:  December 15, 2015



EDWARD J. DAVILA
United States District Judge

Case No.: 5:11-cv-00201-EJD
ORDER TO SHOW CAUSE