UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

WILLIAM LUKOV,

    Plaintiff,

  v.

SCHINDLER ELEVATOR CORPORATION,

    Defendant.

Case No. 5:11-cv-00201-EJD

**ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE**

The court has reviewed the parties' multiple submissions in response to the order regarding the availability of a magistrate judge settlement conference. Having done so, the court has determined this case should be referred to a magistrate judge for a settlement conference. Rather than schedule a particular date as previously contemplated, however, the court will leave it to the parties to arrange an available date and time with the magistrate judge.

Accordingly, pursuant to ADR Local Rule 7-2, the above-entitled case is REFERRED to Magistrate Judge Nathanael Cousins for a settlement conference to occur no later than January 4, 2016. The parties shall contact Judge Cousins' Courtroom Deputy to arrange a date and time for the conference.

The Order to Show Cause (Docket Item No. 159) is DISCHARGED and the hearing VACATED.

**IT IS SO ORDERED.**

Dated: December 15, 2015

_____
EDWARD J. DAVILA
United States District Judge

1
Case No.: 5:11-cv-00201-EJD
ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE