| | |
|---|---|
| 1 | **LAW OFFICES OF ALAN ADELMAN** |
| | ALAN ADELMAN (STATE BAR NO. 170860) |
| 2 | alan@alanadelmanlaw.com |
| | 240 Stockton Street, 9th Floor |
| 3 | San Francisco, CA 94108 |
| | Telephone:   415.956.1360 |
| 4 | Facsimile:   415.625.1339 |
| | Attorneys for Plaintiff |
| 5 | WILLIAM LUKOV |
| 6 | **SEDGWICK LLP** |
| | JAMES S. BROWN (STATE BAR NO.135810) |
| 7 | james.brown@sdma.com |
| | MARC A. KOONIN (STATE BAR NO. 166210) |
| 8 | marc.koonin@sedgwicklaw.com |
| | 333 Bush Street, 30th Floor |
| 9 | San Francisco, CA  94104-2834 |
| | Telephone:   415.781.7900 |
| 10 | Facsimile:   415.781.2635 |
| 11 | Attorneys for Defendant |
| | SCHINDLER ELEVATOR CORPORATION |

**IT IS SO ORDERED**
[Signature]
Judge Edward J. Davila
DATED: 12/29/2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LUKOV, | Case No. 5:11-CV-00201-EJD |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| SCHINDLER ELEVATOR CORPORATION, | |
| Defendant. | |

1    WHEREAS the parties to this action, and each of them, have fully and finally resolved all
2 issues set forth in this case.
3    IT IS HEREBY STIPULATED by and between Plaintiff, William Lukov, by his attorney
4 Alan Adelman, of the Law Offices of Alan Adelman, and Defendant, Schindler Elevator
5 Corporation, by its attorney Marc A. Koonin of Sedgwick LLP, that this action is hereby
6 dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), all parties to bear
7 their own attorneys' fees and litigation costs.  The parties further agree that, while the action is
8 dismissed with prejudice, the Court shall retain separate jurisdiction to enforce the terms of the
9 parties' settlement agreement.  The Clerk shall close this file.

10   Dated:  December 28, 2015            LAW OFFICES OF ALAN ADELMAN

12                                        By:      /s/ Alan Adelman
                                                   ALAN ADELMAN
13                                                 Attorney for Plaintiff
                                                   WILLIAM LUKOV

16   Dated:  December 28, 2015            SEDGWICK LLP

18                                        By:      /s/ Marc A. Koonin
                                                   MARC A. KOONIN
19                                                 Attorneys for Defendant
                                                   SCHINDLER ELEVATORCORPORATION